Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Clarity Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN,<br><br>  Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC.,<br><br>  Defendant. | Case No. 2:20-cv-00876-JAD-DJA<br><br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: May 14, 2020 |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Hugo Barragan ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on May 14, 2020. (ECF No. 1). The current deadline for Experian to respond to the Complaint is June 10, 2020. Plaintiff and Clarity stipulate and agree that Clarity shall have until June 24, 2020 to file its responsive pleading.

This is Clarity's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but due to Clarity's counsel recently being retained and to provide an opportunity to review the allegations in the Complaint.

**IT IS SO STIPULATED.**

DATED this 9th day of June 2020.     NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
Andrew J. Sharples (NBN 12866)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendant
Clarity Services, Inc.*

DATED this 9th day of June 2020.     KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper (NBN 12796)
Miles N. Clark (NBN 13848)
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148

David H. Krieger (NBN 9086)
KRIEGER LAW GROUP, LLC
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107

*Attorneys for Plaintiff Hugo Barragan*

**IT IS SO ORDERED.**

Dated this 10th day of June, 2020.

UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2