Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Cheryl L. O'Connor
Nevada Bar No. 14745
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Email: coconnor@jonesday.com

*Attorneys for Defendant
Clarity Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUGO BARRAGAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CLARITY SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00876-JAD-DJA<br><br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(SECOND REQUEST)**<br><br>Complaint filed: May 14, 2020 |

　　　　Defendant Clarity Services, Inc. ("Clarity") and Plaintiff Hugo Barragan ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Clarity to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed his Complaint on May 14, 2020.  (ECF No. 1).  Pursuant to extension, the current deadline for Clarity to respond to the Complaint is June 24, 2020.  Plaintiff and Clarity stipulate and agree that Clarity shall have until July 10, 2020 to file its response to the Complaint.

1    This is Clarity's second request for an extension of time to respond to the Complaint and
2    is not intended to cause any delay or prejudice any party.  The Court previously granted a two-
3    week extension based on Clarity's counsel having been recently retained, to provide an opportunity
4    for counsel to review the allegations in the Complaint.  Since then, the parties have engaged in
5    productive discussions regarding the claims in the hopes of resolving or significantly narrowing
6    the case.  The parties request additional time to complete those discussions, which may resolve the
7    matter and avoid unnecessarily expending further resources of the parties and the Court.

**IT IS SO STIPULATED.**

DATED this 23rd day of June 2020.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster (NBN 9982)<br>Andrew J. Sharples (NBN 12866)<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Clarity Services, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>David H. Krieger (NBN 9086)<br>KRIEGER LAW GROUP, LLC<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br><br>*Attorneys for Plaintiff Hugo Barragan* |

**IT IS SO ORDERED.**

Dated this 24th day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

2 of 2