Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CLARITY SERVICES, INC,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-00876-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: May 14, 2020 |

Plaintiff Hugo Barragan ("Plaintiff"), by and through his counsel of record, and Defendant Clarity Services, Inc. ("Clarity") have agreed and stipulated to the following:

1. On May 14, 2020, Plaintiff filed a Complaint [ECF No. 1].

2. On July 10, 2020, Clarity filed a Motion to Dismiss the Complaint [ECF No. 13].

3. Plaintiff's Response is due July 24, 2020.

4. Plaintiff and Clarity have agreed to extend Plaintiff's response three days to allow Plaintiff's counsel to confirm client review of the draft amended complaint he intends to file in response to Clarity's pending motion. As a result, the Parties request that this Court extend the date for Plaintiff to respond to Clarity's Motion to Dismiss Complaint until Monday, **July 27, 2020.**

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**IT IS SO STIPULATED.**
Dated July 24, 2020

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq., SBN 12796 | Jennifer L. Braster |
| Miles N. Clark, Esq., SBN 13848 | Nevada Bar No. 9982 |
| 5510 So. Fort Apache Rd, Suite 30 | Andrew J. Sharples |
| Las Vegas, NV 89148 | Nevada Bar No. 12866 |
| Email: Matthew.Knepper@knepperclark.com | 1050 Indigo Drive, Suite 200 |
| Email: Miles.Clark@knepperclark.com | Las Vegas, NV 89145 |
| | |
| **KRIEGER LAW GROUP, LLC** | *Attorneys for Defendant* |
| David H. Krieger, Esq., SBN 9086 | *Clarity Information Solutions, Inc.* |
| 2850 W. Horizon Ridge Parkway, Suite 200 | |
| Henderson, NV 89052 | |
| Email: DKrieger@kriegerlawgroup.com | |
| | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING**
**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 7/24/2020

*Barragan v. Clarity Services, Inc.*
Case No.: 2:20-cv-00876-JAD-DJA