Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant
Clarity Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN, MONICA LECTER, LAURA MARSCHECK, ALFREDO SALAZAR, and NORA SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>CLARITY SERVICES, INC.,<br><br>Defendant. | Case No. 2:20-cv-00876-JAD-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: May 14, 2020<br>FAC filed: July 27, 2020 |

Defendant Clarity Services, Inc. ("Clarity") and Plaintiffs Hugo Barragan, Monica Lecter, Laura Marscheck, Alfredo Salazar, and Nora Salazar (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby submit this stipulation to a 3-day extension of time for Clarity to file and serve its reply in support of its Motion to Stay Discovery (ECF No. 37, filed on October 12, 2020) pursuant to LR IA 6-1.

1

On October 12, 2020, Clarity filed a Motion to Stay Discovery. (ECF No. 37). Plaintiffs filed a response to the motion on October 26, 2020. (ECF No. 40). The current deadline for Clarity to file its reply in support of the motion is November 2, 2020. Clarity and Plaintiffs stipulate and agree that Clarity shall have until November 5, 2020 to file its reply brief.

This is Clarity's first request for an extension of time to file its reply brief, and is not intended to cause any delay or prejudice any party. Counsel for Clarity has worked diligently to prepare the reply brief, but is unable to complete the brief on November 2, 2020 due to the press of other business obligations, including specifically her work in coordination with the Institute for Constitutional Advocacy and Protection at Georgetown Law Center on voter protection measures and preparation for anticipated litigation related to the election on November 3, 2020.

**IT IS SO STIPULATED.**

DATED this 2nd day of November 2020.   NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster (NBN 9982)
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Defendant*
*Clarity Information Solutions, Inc.*

DATED this 2nd day of November 2020.   KNEPPER & CLARK LLC

By: */s/ Matthew I. Knepper*
Matthew I. Knepper (NBN 12796)
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148

*Attorney for Plaintiffs*

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE