Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone:  (702) 420-7000
Facsimile:  (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant
Clarity Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN; MONICA LECTER; LAURA MARSCHECK; ALFREDO SALAZAR; and NORA SALAZAR,<br><br>Plaintiffs,<br><br>v.<br><br>CLARITY SERVICES, INC.,<br><br>Defendant. | Case No. 2:20-cv-00876- JCM-DJA<br><br>**DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFFS' STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK**<br><br>Complaint filed:  May 14, 2020 |

On August 26, 2021, Plaintiffs and Clarity Services, Inc. ("Clarity") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days. (ECF No. 52). The parties have finalized the settlement documents and are now obtaining all necessary signatures,

which has been somewhat delayed due to COVID, and respectfully request an additional sixty (60) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 25th day of October 2021.

| NAYLOR & BRASTER | KNEPPER & CLARK LLC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin B. Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Clarity Services, Inc.* | By: */s/ Matthew I. Knepper*<br>Matthew I. Knepper (NBN 12796)<br>Miles N. Clark (NBN 13848)<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br><br>David H. Krieger (NBN 9086)<br>KRIEGER LAW GROUP, LLC<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br><br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.** Stipulated Dismissal due by December 24, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 26, 2021

- 2 -

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 25th day of October 2021, I caused the document **DEFENDANT CLARITY SERVICES, INC. AND PLAINTIFFS' STATUS REPORT REGARDING SETTLEMENT AND JOINT REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** to be served through the Court's CM/ECF system to those persons designated by the parties as receiving service.

/s/ Amy Reams
An Employee of NAYLOR & BRASTER