Matthew I. Knepper, Esq., SBN 12796
Miles N. Clark, Esq., SBN 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Facsimile: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Counsel for Plaintiffs*

David H. Krieger, Esq., SBN 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Co-counsel for Plaintiffs Hugo Barragan; Monica Lecter; and Laura Marscheck*

George H. Haines, Esq., SBN 9411
FREEDOM LAW FIRM
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554, Ext.222
Facsimile: (702) 967-6666
Email: ghaines@freedomlegalteam.com

*Co-counsel for Plaintiffs Alfredo Salazar and Nora Salazar*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HUGO BARRAGAN; MONICA LECTER; LAURA MARSCHECK; ALFREDO SALAZAR; and NORA SALAZAR,<br><br>Plaintiff,<br><br>v.<br><br>CLARITY SERVICES, INC.,<br><br>Defendants. | Case No. 2:20-cv-00876-JCM-DJA<br><br>**STIPULATION OF DISMISSAL OF CLARITY SERVICES, INC. WITH PREJUDICE**<br><br>Complaint filed: May 14, 2020<br>First Amended Complaint filed: July 27, 2020 |

PLEASE TAKE NOTICE that Plaintiffs Hugo Barragan; Monica Lecter; Laura

Marscheck; Alfredo Salazar; and Nora Salazar ("Plaintiffs") and Defendant Clarity Services, Inc., ("Clarity") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs hereby stipulate that all of their claims and causes of action against Clarity, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party. There are no longer any issues in this matter between Plaintiffs and Clarity to be determined by the Court.

**IT IS SO STIPULATED.**
DATED: November 10, 2021.

| KNEPPER & CLARK LLC | NAYLOR & BRASTER |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Miles.Clark@knepperclark.com<br>Matthew.Knepper@knepperclark.com | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com |
| **FREEDOM LAW FIRM**<br>George H. Haines, Esq.<br>Nevada Bar No. 9411<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>ghaines@freedomlegalteam.com | **JONES DAY**<br>Cheryl L. O'Connor, Esq.<br>Nevada Bar No. 14745<br>3161 Michelson Dr., Ste. 800<br>Irvine, CA 92612<br>Email: coconnor@jonesday.com |
| *Co-counsel for Plaintiffs*<br>*Alfredo Salazar and Nora Salazar* | *Counsel for Defendant*<br>*Clarity Information Solutions, Inc.* |

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

**KRIEGER LAW GROUP, LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
2850 W. Horizon Ridge Pkwy, Ste 200
Henderson, NV 89052
DKrieger@kriegerlawgroup.com

*Counsel for Plaintiffs*
*Hugo Barragan; Monica Lecter; Laura Marscheck; Alfredo Salazar; and Nora Salazar*

## ORDER GRANTING STIPULATION OF DISMISSAL OF CLARITY SERVICES, INC. WITH PREJUDICE

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED November 12, 2021.

*Barragan et al v. Clarity Services, Inc.*
*Case No. 2:20-cv-00876-JCM-DJA*

Distribution: All ECF-registered counsel of record via email generated by the court's ECF system.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

3 of 3